Marc Van Der Hout  CA. Bar No. 80778
Stacy Tolchin CA. Bar No. 217431
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone:  (415) 981-3000
Facsimile:  (415) 981-3003
Email: ndca@vblaw.com

Attorneys for Petitioner

KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA DEISS, NY SBN 3052909
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
Facsimile: (415) 436-7169
Email: Ila.Deiss@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nedal Shahwan | Case No. C 05 4218 MMC |
| Petitioner, | **STIPULATED BRIEFING SCHEDULE AND HEARING DATE; ORDER THEREON** |
| v. | |
| Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Alberto GONZALES, in his Official Capacity, Attorney General, Department of Justice; Nancy ALCANTAR, in her Official Capacity, Field Office Director, San Francisco, California, U.S. Immigration and Customs Enforcement; Edward FLORES, Chief of Corrections, Santa Clara County Department of Corrections; and Toby WONG, Correctional Captain, Santa Clara County Department of Corrections. | *IMMIGRATION CASE*<br><br>DHS No. A 074-100-747 |
| Respondents. | |

Petitioner filed a petition for writ of habeas corpus on October 18, 2005 challenging the

1  legality of his detention, pending the outcome of his removal proceedings.  Petitioner currently
2  remains in DHS custody.
3      The parties have agreed to expedite briefing in this matter.  The parties have agreed, subject
4  to court approval, upon a hearing date of November 22, 2005 at 9:00 a.m.
5      The parties have agreed to the following briefing schedule, subject to court approval:
6      Petitioner's Points and Authorities in Support of Petition due:    October 25, 2005
7      Respondent's Return to Habeas Petition due:    November 8,
8  2005
9      Petitioner's Response to Respondent's Return:    November 15, 2005
10     Hearing on Petition:    November 22, 2005
11
12 Dated:  October 20, 2005    Respectfully submitted,
13
14     /s/
       ILA DEISS
       Assistant United States Attorney
15     Attorney for Respondents
16
       /s/
17 Date:  October 20, 2005    Stacy Tolchin
       Van Der Hout, Brigagliano & Nightingale, LLP
18     Attorney for Petitioner
19
20
21 Pursuant to stipulation, IT IS SO ORDERED, with the exception that, due to the unavailability of
   the Court, the hearing on the petition shall be conducted on November 29, 2005, at 2:00 p.m.
22
23 Date: October 21, 2005    _____
       Hon. Maxine M. Chesney
24     United States District Judge
25
26
27
28

STIP BRIEFING SCHEDULE & [PROP] ORDER    Case No. C 05 4218 MMC