IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEDAL SHAHWAN,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Respondents | No. C-05-4218 MMC<br><br>**ORDER DENYING APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

   Before the Court is petitioner's application for a writ of habeas corpus ad testificandum, and respondents' opposition thereto.

   As set forth in respondents' opposition, petitioner is not entitled to a writ of habeas corpus ad testificandum.  Accordingly, the application is hereby DENIED.

   **IT IS SO ORDERED.**

Dated: November 16, 2005

MAXINE M. CHESNEY
United States District Judge