IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEDAL SHAHWAN,<br><br>    Petitioner,<br><br>  v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Respondents<br>_____/ | No. C-05-4218 MMC<br><br>**ORDER VACATING HEARING ON PETITIONER'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

    Before the Court is petitioner's motion, filed July 28, 2006, for an award of attorney's fees and costs. Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the September 22, 2006 hearing.

    **IT IS SO ORDERED.**

Dated: September 8, 2006

                                      MAXINE M. CHESNEY
                                      United States District Judge